Case 2:16-cv-00036-JLQ   Document 12   Filed 05/17/16

AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

UNITED STATES OF AMERICA,

*Plaintiff*

v.

LOUIS G. RUTHERFORD, SALLY J. RUTHERFORD, and CHELAN COUNTY ASSESSOR,

*Defendant*

Civil Action No.  2:16-CV-36-JLQ

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ other:  The Complaint ECF No. 1 and the claims therein against Chelan County Assessor are DISMISSED WITH PREJUDICE and without costs or attorney fess to any party.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  Quackenbush  on a Stipulation ~~a Motion for~~
Regarding Priority and to Dismissal Between the United States and Cheland County Assessor ECF No.10 is GRANTED.

Date:  May 17, 2016

*CLERK OF COURT*

SEAN F. McAVOY

s/ Virginia Reisenauer
*(By) Deputy Clerk*

Virginia Reisenauer