# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

UNITED STATES OF AMERICA,

   *Plaintiff*

v.

LOUIS G. RUTHERFORD, SALLY J. RUTHERFORD, and CHELAN COUNTY ASSESSOR,

   *Defendant*

Civil Action No. 2:16-CV-0036-JLQ

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Judgment is entered in favor of the Government and against Louis G. Rutherford foreclosing the federal tax liens against the four properties set forth in the Complaint (ECF No. 1) and as described in the Order re: Stipulation for Entry of Judgment, Foreclosure and Judicial Sale and Stay (ECF No. 18). These properties shall be sold at a judicial sale and the proceeds distributed in accordance with the Court's Order (ECF No. 18). The United States has perfected lien interests in all property and all rights to property belonging to Louis G. Rutherford, including the four properties identified in the Complaint (ECF No. 1), as of the date of each tax assessment described in the Complaint (ECF No. 1), or acquired thereafter. No costs and attorneys fees are awarded to any party.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Justin L. Quackenbush _____ on a Stipulation for Entry of Judgment.

Date: 10/12/2016

*CLERK OF COURT*

SEAN F. McAVOY

s/ Cora Vargas
   *(By) Deputy Clerk*
Cora Vargas